

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

### Notice   Regarding
### Alternative   Dispute   Resolution   Questionnaire

**Cause No. 3:13–cv–00409**  Style: **Bass v. Rowan Companies, Inc.**

The attached questionnaire is being sent to you in accordance with Local Rule 16.4.K.3 which states in part "The ADR Administrator shall submit a questionnaire evaluating the ADR provider and proceeding to the parties and counsel; counsel and parties must complete and return the questionnaires to the Court. The Court, attorneys, and the public may review the questionnaires in the clerk's office."

Attorneys are requested to forward a copy of the questionnaire to their individual client or client representative who participated in the ADR proceeding.

The completed questionnaires are **not** a part of the official court file in CM/ECF. Do **NOT** file the completed questionnaire. The questionnaire should be signed, scanned and emailed, or mailed to the Court's ADR Administrator at the following addresses:

**ADR_Administrator@txs.uscourts.gov**

or

ADR Administrator
Clerk's Office
United States District Court
515 Rusk Street
Houston, Texas 77002

    Thank you

    ADR Administrator for the
    United States District Court
    Southern District of Texas

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

## ALTERNATIVE DISPUTE RESOLUTION QUESTIONNAIRE

**Civil Action No:**_____   **Case Name:**_____

**Your Name:**_____ **Phone No:**_____ **or Email:**_____
**Your Address:**_____

**In the Case, you were:** Plaintiff _____            Defendant _____
                         Attorney for Plaintiff _____ Attorney for Defendant ____
                         Other (specify) _____

**Name of ADR provider:**_____ PRID No:_____
**ADR method used:** Mediation _____       Mini−Trial _____
                    Summary Jury Trial _____       Arbitration _____

**Referral to ADR was:** Court ordered _____ Agreed upon by the parties _____
**ADR provider was:**   Court selected_____ Agreed upon by the parties _____

**Was the ADR proceeding helpful to understanding the issues in the case?** Yes_No_
**ADR proceeding consumed**_____**hours (not including preparation time.**

**Results of the ADR proceeding:**
    _____Case settled after referral but before ADR proceeding
    _____Case settled at ADR proceeding
    _____Case settled after ADR proceeding as a result of ADR proceeding
    _____Case settled after, but not as a result of, ADR proceeding
    _____Case did not settle

**Please evaluate the skill and effectiveness of the ADR provider:**
        Excellent _____        Satisfactory _____        Unsatisfactory _____

**Comments:**_____

**Previous participation in ADR proceedings (number of each):**
      Mediation _____      Mini−Trial _____
      Summary Jury Trial _____      Arbitration _____

**<u>ATTORNEYS ONLY:</u>**
Trial Setting: ___/___/____ Discovery Cut Off:___/___/____ Judge:_____
Type of Case: _____
Amount in controversy and relief sought by **plaintiff**: $_____ Other relief: _____
Amount in controversy and relief sought by **other party**: $_____ Other relief: _____

**<u>CLIENTS ONLY</u>** : Name, address and phone number of your attorney:
_____

**Signature**: _____ **Date**: _____