IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTION DIVISION

| | | |
|---|---|---|
| MICHAEL J. BASS | § | |
| | § | |
| V. | § | C.A. NO. 3:13-CV-00409 |
| | § | |
| ROWAN COMPANIES, INC. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on this date to be considered Plaintiff, MICHAEL J. BASS, and Defendant, ROWAN COMPANIES, INC.'s Joint Stipulation of Dismissal with Prejudice. The Court, having considered the Stipulation and the pleadings on file, is of the opinion that the Stipulation should be GRANTED. Accordingly, it is therefore:

ORDERED, ADJUDGED, AND DECREED that all claims by and between Plaintiff, MICHAEL J. BASS, and Defendant, ROWAN COMPANIES, INC., are hereby DISMISSED, with prejudice. Each party to bear its own costs of court.

SIGNED this the 6th day of November 2014.

/s/ Gregg Costa
Gregg Costa
United States Circuit Judge
(Sitting by Designation)